

## MEMORANDUM OPINION

No. 04-09-00647-CV

**IN RE NIRVANA APTS., A CALIFORNIA LIMITED PARTNERSHIP,
a/k/a NIRVANA APTS. L.P. and d/b/a LINCOLN VILLAGE APARTMENTS;
MARCHAI, A CALIFORNIA LIMITED PARTNERSHIP a/k/a and d/b/a
LINCOLN VILLAGE APARTMENTS; NIRVANA APARTMENTS, LLC; SHEVACH,
INC.; CHAIM FREEMAN, INDIVIDUALLY; and KIMBERLY OGG, INDIVIDUALLY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Karen Angelini, Justice
     Phylis J. Speedlin, Justice
     Steven C. Hilbig, Justice

Delivered and Filed: October 28, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On October 12, 2009, relators filed a petition for writ of mandamus. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CI-02773, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Michael Peden presiding. However, the order complained of was signed by the Honorable Barbara Hanson Nellermoe, presiding judge of the 45th Judicial District Court, Bexar County, Texas.